# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ERIC G. GARCIA, | |
| Plaintiff, | 2:14-cv-02020-RFB-VCF |
| vs. | |
| EQUIFAX INC., *et al.*, | **ORDER** |
| Defendants. | |

Before the court is *Eric G. Garcia v. Equifax Inc., et al.*, case number 2:14-cv-02020-RFB-VCF. On March 17, 2015, Defendant Equifax filed its Answer to the Complaint. To date, a discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:00 p.m., May 27, 2015, in courtroom 3D. The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 11th day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE