MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC G. GARCIA, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; REAL TIME RESOLUTIONS, INC., a foreign corporation; DOE Individuals I through X, inclusive, ROE Business Entities XI through XX, inclusive,<br><br>        Defendants. | Case No.:  2:14-cv-02020-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**WHEREAS** plaintiff, Eric G. Garcia ("plaintiff") and defendant, Experian Information Solutions, Inc., ("Experian") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between plaintiff and Experian in the above-captioned matter;

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and Experian, by and through their respective attorneys of record, and subject to the approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned

Page 1 of 2

matter is hereby dismissed with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this  2nd  day of November, 2015. | Dated this  2nd  day of November, 2015. |
|---|---|
| **BLACK & LOBELLO** | **SNELL & WILMER** |
| */s/ Maximiliano D. Couvillier III*         .<br>Maximiliano D. Couvillier III, Esq.<br>10777 W. Twain Ave., Third Floor<br>Las Vegas, NV 89135<br>*Attorneys for plaintiff* | */s/ Bob Olson*            .<br>Bob Olson, Esq.<br>Charles E. Gianelloni, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV  89169<br>*Attorneys for defendant Experian Information Solutions, Inc.* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of plaintiff and Experian under FRCP 41(a)(1)(A)(ii), defendant, Experian shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this  13th day of November, 2015.